

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Cliff Carlton Rice v. Bryan Collier

Appellate case number:    01-19-00843-CV

Trial court case number:   91507-I

Trial court:             412th District Court of Brazoria County

Appellant, Cliff Carlton Rice, has filed a motion for extension of time to file appellant's brief. After he filed the motion, the court reporter notified this Court that there is no reporter's record in this case. Thus, the record on appeal is complete and appellant's brief is currently due on January 9, 2020. *See* TEX. R. APP. P. 38.6(a) (setting appellant's briefing deadline 30 days after the date the clerk's record and the reporter's record filed). Appellant asks to extend his briefing deadline to February 13, 2020, stating that he "has yet to receive Appellee's brief" and citing conflicts with access to the law library.

The Court **notifies** appellant that appellee's brief is not due until 30 days *after* appellant files his brief. TEX. R. APP. P. 38.6(b). Appellant's stated conflict with access to the law library is a reasonable explanation for the requested extension. *See* TEX. R. APP. P. 10.5(b). Accordingly, we **grant** appellant's motion. Appellant's brief is due **on or before February 13, 2019**.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:    __/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:   ___December 17, 2019___